﻿Citation Nr: AXXXXXXXX
Decision Date: 04/30/21 Archive Date: 04/30/21

DOCKET NO. 200228-155472
DATE: April 30, 2021

ORDER

Entitlement to service connection for tinnitus is granted.

FINDING OF FACT

The Veteran’s tinnitus is related to active service.

CONCLUSION OF LAW

The criteria to establish service connection for tinnitus have been met. 38 U.S.C. §§ 1110, 5103, 5103A, 5107; 38 C.F.R. §§ 3.102, 3.303.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty for training (ACDUTRA) from July 2005 to December 2005 and on active duty from July 2006 to November 2007 and September 2008 to December 2008, including overseas service in Iraq.

The rating decision on appeal was issued in September 2019. The Veteran timely appealed this rating decision to the Board of Veterans’ Appeals (Board) and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ). See February 2020 VA Form 10182.

A veteran is entitled to the Department of Veteran Affairs (VA) disability compensation if there is a disability resulting from personal injury suffered or disease contracted in the line of duty in active service, or for aggravation of a preexisting injury suffered or disease contracted in the line of duty in active service. 38 U.S.C. § 1110.

Generally, to establish a right to compensation for a present disability, a veteran must show: (1) a present disability; (2) an in-service incurrence or aggravation of a disease or injury; and (3) a causal relationship between the present disability and the disease or injury incurred or aggravated during service, the so-called “nexus” requirement. Shedden v. Principi, 381 F.3d 1163, 1167 (Fed. Cir. 2004).

Service connection may be granted for any disease diagnosed after discharge, when all of the evidence, including that pertinent to service, establishes that a disease was incurred in service. 38 C.F.R. § 3.303(d). 

Under 38 C.F.R. § 3.303(b), claims for chronic diseases enumerated in 38 C.F.R. § 3.309(a) benefit from a relaxed evidentiary standard. See Walker v. Shinseki, 708 F.3d 1331, 1339 (Fed. Cir. 2013). Tinnitus has been interpreted as such a disease. To show a chronic disease in service, the record must contain a combination of manifestations sufficient to identify the disease entity, and sufficient observation to establish chronicity at the time. If chronicity in service is not established, a showing of continuity of symptoms after discharge is required to support the claim. 38 C.F.R. § 3.303(b); Walker v. Shinseki, 708 F.3d 1331, 1339 (Fed. Cir. 2013).

The Veteran has tinnitus. See August 2019 VA examination report. The Veteran stated he went to the ranges all day during service without hearing protection. Id. October 2007 service treatment records (STRs) noted loud noise exposure during the Veteran’s deployment. The October 2007 post deployment health assessment in the STRs noted ringing of the ears during deployment and currently. The Veteran stated his difficulty with hearing people started while enlisted. See August 2019 VA examination report. 

The Board finds that there is persuasive evidence of record establishing that the Veteran’s tinnitus began in service and has continued to the present. Accordingly, the Board finds that a grant of service connection is warranted for tinnitus. See 38 U.S.C. § 5107(b); 38 C.F.R. § 3.102. 

 

 

DONNIE R. HACHEY

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board A. Zheng, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.